## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

DARNEL J. ANTOINE,

    Plaintiff,                                      Case No:

v.

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Radius Global Solutions, LLC (Radius), through counsel, hereby removes the above-captioned civil action from the County Court of the Twentieth Judicial Circuit, in and for Charlotte County, Florida, to the United States District Court for the Middle District of Florida, Fort Myers Division.  The removal of this civil case is proper because:

    1.    Radius Global Solutions, LLC (Radius) is the defendant in this civil action filed by plaintiff, Darnel J. Antoine (plaintiff), in the County Court of the Twentieth Judicial Circuit, in and for Charlotte County, Florida, titled *Darnel J. Antoine v. Radius Global Solutions, LLC* Case No. 21-000548-CC ("hereinafter the "State Court Action").

1

2. Defendant removes this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on abusive practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal. Defendant was served with plaintiff's Complaint on June 18, 2021. This Notice of Removal is filed within 30 days of receipt of the Complaint by Defendant.

4. Attached hereto as **Exhibit 1** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

6. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of the Twentieth Judicial Circuit, in and for Charlotte County, Florida.

WHEREFORE, Defendant, Radius Global Solutions, LLC, hereby removes to this Court the State Court Action.

Date: July 19, 2021                         Respectfully Submitted,

                                                       /s/ Ashley Wydro
                                                       Ashley Wydro, Esq.
                                                       Florida Bar No. 0106605
                                                       Dayle M. Van Hoose, Esq.
                                                       Florida Bar No. 0016277

          Sessions, Israel & Shartle, L.L.C.
          3350 Buschwood Park Drive, Suite 195
          Tampa, Florida 33618
          Telephone: (813) 440-5327
          Facsimile: (877) 334-0661
          awydro@sessions.legal
          dvanhoose@sessions.legal

          *Counsel for Defendant,*
          *Radius Global Solutions, LLC*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 19th day of July 2021, a copy of the foregoing was sent via email to:

          Jibrael S. Hindi, Esq.
          Thomas J. Patti, Esq.
         The Law Offices of Jibrael S. Hindi
         110 SE 6th Street, Suite 1744
         Fort Lauderdale, Florida 33301
          jibrael@jibraellaw.com
          tom@jibraellaw.com

          */s/ Ashley Wydro*
          Attorney